## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Polk, Jerome | Case Number: 06 B 03216 |
| Polk, Belinda | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 3/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 4, 2008
Confirmed:  May 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 60,656.88 | |
| Secured: | | 54,335.96 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,244.20 |
| Trustee Fee: | | 3,163.44 |
| Other Funds: | | 1,913.28 |
| Totals: | 60,656.88 | 60,656.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,244.20 | 1,244.20 |
| 2. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 3. | National City Bank | Secured | 56,522.20 | 42,370.07 |
| 4. | MGIC Assurance Corp | Secured | 8,652.00 | 7,112.42 |
| 5. | National City Bank | Secured | 26,758.69 | 4,853.47 |
| 6. | MGIC Assurance Corp | Secured | 14,344.64 | 0.00 |
| 7. | Galway Financial Service | Unsecured | 58.85 | 0.00 |
| 8. | Capital One | Unsecured | 66.64 | 0.00 |
| 9. | Galway Financial Service | Unsecured | 58.85 | 0.00 |
| 10. | Capital One | Unsecured | 192.38 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 306.28 | 0.00 |
| 12. | Sallie Mae | Unsecured | 930.57 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 79.89 | 0.00 |
| 14. | Capital One | Unsecured | 119.62 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 191.24 | 0.00 |
| 16. | Capital One | Unsecured | 173.66 | 0.00 |
| 17. | Household Bank FSB | Unsecured | | No Claim Filed |
| 18. | Dish Network | Unsecured | | No Claim Filed |
| 19. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 20. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 21. | Sallie Mae | Unsecured | | No Claim Filed |
| 22. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | NAC Cassel | Unsecured | | No Claim Filed |
| 25. | Orchard Bank | Unsecured | | No Claim Filed |
| 26. | Sallie Mae | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Polk, Jerome | | Case Number: 06 B 03216 |
| | Polk, Belinda | | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | | Filed: 3/28/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 28. | Sallie Mae | Unsecured | | No Claim Filed |
| 29. | Sallie Mae | Unsecured | | No Claim Filed |
| 30. | Spiegel | Unsecured | | No Claim Filed |
| 31. | Sallie Mae | Unsecured | | No Claim Filed |
| 32. | Sallie Mae | Unsecured | | No Claim Filed |
| 33. | Sallie Mae | Unsecured | | No Claim Filed |
| 34. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 35. | The Money Co | Unsecured | | No Claim Filed |
| 36. | SBC | Unsecured | | No Claim Filed |
| 37. | USA Funds | Unsecured | | No Claim Filed |
| 38. | A All Financial | Unsecured | | No Claim Filed |
| 39. | U S Title Lenders | Unsecured | | No Claim Filed |
| 40. | West Surburban Hospital | Unsecured | | No Claim Filed |
| 41. | Arrow Financial Services | Unsecured | | No Claim Filed |
| | | | $ 109,699.71 | $ 55,580.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 462.29 |
| 4.8% | 615.78 |
| 5.4% | 1,463.56 |
| 6.5% | 621.81 |
| | $ 3,163.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

